### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **WHITNEY BANK, a Mississippi State Chartered Bank,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 15-0260-CG-M** |
| | ) | |
| **RAR PROPERTIES, LLC, MARK RICHARDSON, and ALISON S. RICHARDSON,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

### CONSENT JUDGMENT

This matter came before the Court upon Plaintiff, Whitney Bank, and Defendants, RAR Properties, LLC, Alison S. Richardson and Mark Richardson's Joint Motion for Entry of Consent Judgment (Doc. 24).

Upon the agreement of the parties, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Joint Motion for Entry of Consent Judgment is **GRANTED**.

2. The Court hereby **ENTERS** final judgment in favor of Whitney Bank and against the Defendants, jointly and severally, in the amount of $425,565.03 (the "Judgment Amount") consisting of the amounts owing under loan number 8187 (the first loan) and loan number 6891 (the second loan) as referenced in the loan documents described in the complaint initiating the above-styled lawsuit (the "Loan Documents"), itemized as follows:

**Loan # 8187**

|  |  |
|---|---|
| Principle | $260,247.72 |
| Accrued and unpaid interest as of October 30, 2015 | $35,668.96 |
| Forced placed insurance | $2,590.63 |
| Cost of collection including Attorneys' fees | $4,000.00 |
| Total | $302,507.31 |

**Loan # 6891**

|  |  |
|---|---|
| Principle | $104,244.12 |
| Accrued and unpaid Interest through October 30, 2015 | $13,313.60 |
| Forced placed insurance | $1,500.00 |
| Costs of collection including Attorneys' fees | $4,000.00 |
| Total | $123,057.72 |

3. Post-judgment interest shall accrue at the statutory rate.

**DONE and ORDERED** this 27th day of October, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE